**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Application of<br>**VR CAPITAL GROUP LTD.**<br>for an Order to Conduct Discovery<br>for Use in Foreign Proceeding,<br><br>Petitioner. | **Misc. Action No. 1:26-mc-00140-JMC-MAU** |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO § 1782 APPLICATION**

Respondent Jason Levien ("Mr. Levien" or "Respondent"), by undersigned counsel, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7 for an extension of time, to and including October 27, 2026, to respond to the Application for Discovery in Aid of Foreign Litigation Pursuant to 28 U.S.C. § 1782 [ECF No. 1] (the "Application") filed by Petitioner VR Capital Group Ltd. ("VRCG" or "Petitioner") on September 29, 2026, and requests that the Court defer ruling on the Application until that response is filed.

Good cause exists. Undersigned counsel was recently retained and has entered an appearance in this matter. *See* ECF No. 3. The Application seeks documents and a deposition from Mr. Levien, a non-party to the underlying Israeli proceeding, and relies on two declarations and numerous exhibits. Additional time is needed to review those materials, consult with Israeli counsel, and prepare a response. This is Mr. Levien's first request for an extension; it is made in good faith and not for delay, and it will not prejudice VRCG.

Pursuant to Local Rule 7(c), a proposed Order is submitted herewith.

## CERTIFICATION OF COUNSEL

I, Jackson D. Toof, counsel for Respondent, hereby certify, under Local Rule 7(m), that I emailed counsel for Petitioner on October 12, 2026, in a good faith effort to seek consent to the extension request and resolve this issue. As of the time of this filing, I have not received a response to my email request.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Jackson D. Toof*

Jackson D. Toof (DC Bar No. 482609)
Nicole Martinez (DC Bar No. 9004837)
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006-5344
Ph: 202.857.6000
Fax: 202.857.6395
jackson.toof@afslaw.com
nicole.martinez@afslaw.com

*Counsel for Respondent*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2026, I caused a copy of the foregoing *Motion for Extension of Time* to be served on Brian Glasser, Counsel for Petitioner, via the Court's CM/ECF notice.

*/s/ Jackson D. Toof*
Jackson D. Toof